IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                             No. CR 10-1760 JB

MICHAEL HARMON,

    Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Defendant's Motion for New Counsel, filed August 10, 2011 (Doc. 74). In the motion, Defendant Michael Harmon asks the Court to appoint new counsel, alleging that his current counsel has rendered ineffective assistance of counsel, and that he and his current counsel "do not have a meeting of the minds." Motion at 1. Plaintiff United States of America takes no position on this motion. Harmon's current counsel, Charles E. Knoblauch, does not oppose this motion. Because Mr. Knoblauch does not oppose this motion, and because communication between Harmon and Mr. Knoblauch has broken down, see United States v. Beers, 189 F.3d 1297, 1302 (10th Cir. 1999), the Court will grant the motion.

**IT IS ORDERED** that the Motion for New Counsel, filed August 10, 2011 (Doc. 74), is granted. The Court orders Charles E. Knoblauch removed and orders the clerk's office to appoint new counsel for Defendant Michael Harmon.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzales
　United States Attorney
James R.W. Braun
　Assistant United States Attorney
Albuquerque, New Mexico

　　*Attorneys for the Plaintiff*

Charles E. Knoblauch
Albuquerque, New Mexico

　　*Attorney for the Defendant*